**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| MARY CLOWNEY AS GUARDIAN AD LITEM FOR SYVOLIA OWENS, | ) ) | **C/A No. 6:16-cv-00891-TMC** |
| | ) | |
| PLAINTIFF, | ) | **ORDER** |
| | ) | |
| vs. | ) ) | |
| | ) | |
| HUNT VALLEY HOLDINGS, LLC A/K/A HUNT VALLEY HOLDINGS F/K/A FUNDAMENTAL LONG TERM CARE HOLDINGS, LLC; FUNDAMENTAL CLINICAL CONSULTING, LLC; FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC; FUNDAMENTAL ADMINISTRATIVE SERVICES, LLC; THI BALTIMORE, INC.; THI OF SOUTH CAROLINA, LLC; THI OF SOUTH CAROLINA AT MAGNOLIA PLACE AT GREENVILLE, LLC D/B/A MAGNOLIA PLACE OF GREENVILLE A/K/A MAGNOLIA PLACE- GREENVILLE, INC.; MURRAY FORMAN AND RUSTY FLATHMANN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

This matter is before the court upon consent of all parties, who request an order remanding this action to the South Carolina Court of Common Pleas, Thirteenth Judicial Circuit, Greenville County. Upon consent of the parties and the request appearing reasonable to this court:

It is **ORDERED** that this case be **REMANDED** to the South Carolina Court of Common Pleas, Thirteenth Judicial Circuit, Greenville County, with each party bearing its own costs. The Clerk of Court shall mail a certified copy of this order to the Clerk of the South Carolina Court of Common Pleas, Thirteenth Judicial Circuit, Greenville County.

1

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

April 18, 2016
Anderson, South Carolina